**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7196**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

OWEN ODMAN, a/k/a Star,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Martin K. Reidinger, Chief District Judge.  (4:96-cr-00053-MR-1)

_____

Submitted:  October 31, 2023                              Decided:  November 2, 2023

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Owen Odman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Odman appeals the district court's orders denying his Fed. R. Crim. P. 36 motion and denying reconsideration. We have reviewed the record and find no reversible error. *See United States v. Vanderhorst*, 927 F.3d 824, 826-27 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's orders. *United States v. Odman*, No. 4:96-cr-00053-MR-1 (W.D.N.C. June 14, 2022; Sept. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*